# RETURN OF SERVICE

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS CASE # 4:06CV484

ESI LEDERLE
By Serving its Registered Agent
PRENTICE-HALL CORPORATION SYSTEM, INC.
To Be Served

**SUMMONS (20 DAY) & COMPLAINT**

1201 HAYS STREET, TALLAHASSEE, FLORIDA
ADDRESS

COURT DATE: N/A
COURT TIME: N/A

GLORIA KAMINSKI
PLAINTIFF

WYETH et al.
DEFENDANT

ATTORNEY: BRENDA S. FULMER, ESQUIRE
701 E. WASHINGTON ST.
TAMPA, FL 33602

Received this writ on 04/29/2006 and same was served on 05/01/2006 at 11:35 hours in Leon County, Florida as follows:

**METHOD OF SERVICE**

**Corporate Service on a Registered Agent:** By delivering a true copy of this writ, together with the initial pleading with the date and hour of service endorsed thereon by me to: PRENTICE-HALL CORPORATION SYSTEM, INC. as registered agent of the within-named corporation according to F.S. 48.081 (3) c/o KEN FARMER, SERVICE CLERK.

Chris J. Colson
Certified Process Server #142

I certify that at the time of service, I placed on the face of that process my printed name, signature, identification number, a statement that I am a Certified Process Server in and for the Second Judicial Circuit of Florida; that I endorsed on that original process and all copies served, the date and hour of service.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.

Certified Process Server in and for the
Second Judicial Circuit of Florida
Leon County, Florida
Certified Pursuant to F.S. §48.29
Notary not required pursuant to F.S. §92.525

**CAPITAL AREA PROCESS SERVICE, INC.**
1212 TUNG HILL DRIVE, TALLAHASSEE, FL 32317-9545
**850-878-9966**

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

**SUMMONS IN A CIVIL CASE**

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL Docket No.: 4:03CV1507WRW

This document relates to:

GLORIA KAMINSKI,
Plaintiff,
vs.

Civil Action No. 4:06CV00484

WYETH, et al,
Defendants /

TO: **ESI Lederle**
**Registered Agent:**
**Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 E Washington Street
Tampa, FL 33602

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES W. McCORMACK
Clerk

4/21/06
Date

B McKnight
(by) Deputy Clerk

Rcvd 4/24/06 at 500 P.m and
Srvd 5/1/06 at 1135 A.m by

Chris J. Colson #14[illegible]
Certified Process Server, 2nd Judicial Crct of Florida